UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WALLACE JUAN                                                    CIVIL ACTION

VERSUS                                                          NO. 14-107-NJB-SS

THE ST. BERNARD PARISH
FIRE DEPARTMENT

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date no party has filed an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the plaintiff, Wallace Juan, served the defendant, St. Bernard Parish Fire Department, within the time permitted for service of the complaint as provided in Fed. R. Civ. P. 4(m) as extended for an appropriate period.

New Orleans, Louisiana, this  23rd  day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE